# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**MICHELLE SICKLER,**

    Plaintiff,

vs.                              **CASE NO. 1:07CV146-MP/AK**

**MICHAEL ASTRUE,**

    Defendants.

_____/

## O R D E R

Presently before the Court in the above entitled action is Plaintiff's Uncontested Motion for Extension of Time. (Doc. 13). Having considered said motion, the court is of the opinion that it should be **GRANTED**, and Plaintiff shall have through February 13, 2008 to file her brief.

**DONE AND ORDERED** this _**14**<sup>th</sup>_ day of January, 2008.

                                          _s/ A. KORNBLUM_
                                          **ALLAN KORNBLUM**
                                          **UNITED STATES MAGISTRATE JUDGE**