IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHELLE SICKLER,

    Plaintiff,

vs.                                    CASE NO. 1:07CV146-MP/AK

MICHAEL J. ASTRUE,

    Defendants.

_____/

## O R D E R

Presently before the Court is Defendant's Motion for Enlargement of Time, which is unopposed. (Doc. 16). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and Defendant shall have thirty days from this date in which to file a responsive memorandum.

**DONE AND ORDERED** this  *17*$^{th}$  day of March, 2008.

                                *s/ A. KORNBLUM*
                                **ALLAN KORNBLUM**
                                **UNITED STATES MAGISTRATE JUDGE**