# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**MICHELLE SICKLER,**

    Plaintiff,

vs.                                                           CASE NO. 1:07CV146-MP/AK

**MICHAEL J. ASTRUE,**

    Defendants.

_____/

## O R D E R

Presently before the Court is Defendant's Second Motion for Enlargement of Time, which is unopposed. (Doc. 18). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and Defendant shall have thirty days from this date in which to file a responsive memorandum.

**DONE AND ORDERED** this __18th__ day of April, 2008.

                                                                   *s/ A. KORNBLUM*
                                                                     **ALLAN KORNBLUM**
                                                                     **UNITED STATES MAGISTRATE JUDGE**