IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


MICHELLE SICKLER,

       Plaintiff,

v.                                        CASE NO. 1:07-cv-00146-MP-AK

MICHAEL J ASTRUE,

       Defendant.

_____/

## O R D E R

       This matter is before the Court on Doc. 21, Report and Recommendation of the

Magistrate Judge, recommending that the defendant's motion to remand be granted.  The

plaintiff did not object.  Accordingly, it is hereby

       **ORDERED AND ADJUDGED:**

       The Clerk is directed to enter judgment in favor of the Plaintiff and to remand this matter
to the Commissioner for further proceedings.

       Pursuant to Bergen v. Commissioner, 454 F.3d 1273, 1277-78 (11th Cir. 2006),
proceedings on attorney fees under the Social Security Act, 42 U.S.C. § 406(b) are stayed
until the matter is fully adjudicated upon remand.  The Plaintiff shall file a motion to
award fees under 406(b) within 14 days after counsel receives notice from the Defendant
Commissioner as to Plaintiff's past due benefits.  This stay relates only to attorney fee
proceedings under § 406(b) of the Social Security Act, not to attorney fee proceedings
under the Equal Access to Justice Act, 28 U.S.C. § 2412, the latter of which may be
adjudicated at this time.


       **DONE AND ORDERED** this  _18th_  day of June, 2008


                 *s/Maurice M. Paul*
               Maurice M. Paul, Senior District Judge